In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK.

BESSIE VILLA et al., Appellants.

(Submitted March 18, 1935; decided March 20, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 589.)

In the Matter of YOUNG WOMEN'S HEBREW ASSOCIATION et al., Appellants, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.

(Submitted March 18, 1935; decided March 20, 1935.)

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 270.)